# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2018

SEAN F. McAVOY, CLERK

MICHAELLE MARIE OSBORNE,

)
)
*Plaintiff*                                  )
v.                                          )        Civil Action No.   2:17-CV-0146-JTR
COMMISSIONER OF SOCIAL SECURITY,             )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED in part and the matter is REMANDED to the
Commissioner for additional proceedings consistent with the Court's Order at ECF 16. Defendant's Motion for Summary
Judgment (ECF No. 14) is Denied.  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   John T. Rodgers _____ on cross- motions for summary
judgment (ECF No's 13 and 14).

Date:   April 30, 2018 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel

*(By) Deputy Clerk*

Angela Noel